NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERICK ANDRE NUNN, )
)
       Appellant, )
)
v. )      Case No. 2D17-4007
)
STATE OF FLORIDA, )
)
       Appellee. )
_____)

Opinion filed February 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Thomas P.
Barber, Judge.

Howard L. Dimmig, II, Public
Defender, and Cynthia J. Dodge,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Brooke Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.